478 A.2d 118

Commonwealth v. McFarland, Appellant.

Submitted April 2, 1984. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment of sentence is affirmed.